UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) YOUNG HO CHANG, ) ) Defendant. ) _____ ) | CASE NO.   CR06-174 RSM  DETENTION ORDER |

In re:    Warrant for Arrest of Material Witness.

Date of Hearing: June 7, 2006.

      The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet  will reasonably assure the appearance of the defendant as required. Moreover, pursuant to Title 18 U.S.C.§3144, it further appears that it is impracticable to secure the presence of the defendant by subpoena.  The Government was represented by Karyn Johnson.  The defendant was represented by Peter Avenia for Colin Fieman.

      The Government moved for detention, to which the defendant stipulated reserving the right to reopen the matter of detention pending new developments in the immigration matter.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)  The defendant is in the United States illegally and is a native and citizen of Korea.  A BICE detainer has been filed against the defendant, and he may be deported to Korea making him unavailable for trial.

    (2)  The defendant is a convicted felon with an unknown background.

(3) The defendant stipulated to detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending appearance at trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of June, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -2-