**Hon. Ricardo S. Martinez**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUNG CHUL LEE ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | **NO. CR 06-0174 RSM** <br><br> **ORDER TO CONTINUE PRE-TRIAL MOTIONS DEADLINE AND TRIAL DATE.** |

<u>ORDER OF THE COURT</u>

This matter having come before the court on the Defendant's Motion to Continue the Pre-Trial Motions Deadline from August 17, 2006 to October 19, 2006, and a Motion to Continue the Trial date from September 25, 2006 to November 27, 2006, and the Court having considered the arguments made by all parties, together with the balance of the records and files herein, this Court now finds as follows:

ORDER CONTINUE TRIAL DATE - 1

Jesse Cantor,# 26736
RIOS CANTOR, P.S.
ATTORNEYS AT LAW
811 FIRST AVE, SUITE 200
SEATTLE, WA 98104
(206) 749-5600

That this Motion is the second motion to continue the pre-trial motions deadline and trial date filed by any party;

That the Government has distributed voluminous discovery to the defense that pertains to the instant case as well as a related case, thereby requiring additional time for effective defense preparation;

That extra time is needed for the defendant to review discovery with counsel through the assistance of a foreign language interpreter;

That the defendant understands his rights to a Speedy Trial pursuant to 18 U.S.C. Section 3161 and has executed a speedy trial waiver through January 31, 2007.

That no party, including the United States, opposes a second Motion to Continue the pre-trial motions deadline and the trial date.

That this period of delay is reasonable; that the defendants are joined for trial; that the time for trial has not run; and that no motion for severance has yet been granted.  18 U.S.C. Section 3161(h)(7);

The Court finds that taking into account the complexity of the case and the exercise of due diligence, that the failure to grant the continuance would deny the defense the reasonable time for effective trial preparation;

Accordingly, This Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial; 18 U.S.C. Section 3161(h)(8)(A) and Section 3161(h)(8)(B)(iv).

ORDER CONTINUE TRIAL DATE - 2

Jesse Cantor,# 26736
RIOS CANTOR, P.S.
ATTORNEYS AT LAW
811 FIRST AVE, SUITE 200
SEATTLE, WA 98104
(206) 749-5600

The new proposed dates of October 19, 2006, for the motions cut-off deadline, and November 27, 2006, for the trial date, do not appear to prejudice any party, including the Government.

Accordingly, IT IS HEREBY ORDERED THAT:

The Pre-Trial Motions Cut-Off date shall be extended to October 19, 2006, with the trial date of November 27, 2006.

It is further ordered that the period of delay resulting from this continuance is excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A) and (B) as to each co-defendant.

SO ORDERED ON THIS 8th DAY OF September, 2006

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jesse Cantor
Jesse Cantor
Attorney for the Defendant.

ORDER CONTINUE TRIAL DATE - 3

Jesse Cantor,# 26736
RIOS CANTOR, P.S.
ATTORNEYS AT LAW
811 FIRST AVE, SUITE 200
SEATTLE, WA 98104
(206) 749-5600